Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan State Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Laura_Barrera@fd.org

*Attorney for Petitioner Cristofer Cabrera Mejia

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cristofer Cabrera Mejia,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Pamela Bondi, *et al.*,<br><br>　　　　Respondents. | Case No. 2:26-cv-00475-APG-EJY<br><br>**Stipulation and Order for Extension of Time to File Amended Petition**<br><br>**(First Request)** |

Petitioner filed his petition for writ of habeas corpus under 28 U.S.C. § 2241 on or around February 20, 2026. ECF No. 1.  This Court appointed the Office of the Federal Public Defender on February 27, 2026, and directed The Federal Public Defender to file notice of appearance within seven days, thereafter making the amended petition due within 14 days of filing notice of appearance. ECF No. 3. The Federal Public Defender's Office unfortunately missed the incoming email regarding the appointment in this case and was unaware it had been appointed until March 18, 2026. Undersigned counsel appeared on March 18, 2026. ECF No. 7.

Counsel for Mejia apologizes for the oversight and respectfully requests that this Court afford Petitioner 14 days from the date undersigned counsel entered her

notice of appearance to file an amended petition, in line with the original scheduling order. ECF No. 3. This would make the amended petition due on April 1, 2026. As noted in the scheduling order, Respondents would then have 14 days from the date the amended petition is filed to file their response, making it due April 15, 2026.

On March 19, 2026, undersigned counsel reached out to counsel for Respondents who indicated they did not object. Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Petitioner to file an amended petition to April 1, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 19th day of March, 2026.

TODD BLANCHE
Deputy Attorney General of the
United States
SIGAL CHATTAH
First Assistant United States
Attorney

RENE L. VALLADARES
Federal Public Defender

/s/ Martin J. Mayer
Martin J. Mayer
Special Assistant United States
Attorney

/s/ Laura Barrera
Laura Barrera
Assistant Federal Public Defender

IT IS SO ORDERED:

ANDREW P. GORDON
CHIEF U.S. DISTRICT JUDGE

Dated: March 31, 2026

2