**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CRISOFTER CABREREA MEJIA, | Case No.: 2:26-cv-00475-APG-EJY |
| Petitioner | **Order Directing Respondents to Transfer Petitioner to Nevada** |
| v. | [ECF No. 19] |
| TODD BLANCHE, et al.,[1] | |
| Respondents | |

Petitioner Cristofer Cabrera Mejia, currently in the custody of Immigration and Customs Enforcement, moved for an order directing the respondents to transfer him back to the Nevada Southern Detention Center from California. ECF No. 15.  I previously ordered that "the respondents shall not transfer Petitioner out of this District, with the exception of effectuating Petitioner's lawful deportation." ECF No. 3 at 3.

The federal respondents confirm that Cabrera Mejia was transferred out of Nevada on March 20, 2026 to effectuate his removal because his appeal of his removal order to the Board of Immigration Appeals was dismissed. ECF No. 21.  But, as they acknowledge, Cabrera Mejia's removal proceedings are on-going because he received a stay of removal from the Ninth Circuit. *Id.*  They do not attempt to justify his on-going detention outside of Nevada.

I THEREFORE ORDER that petitioner Cristofer Cabrera Mejia's motion for an order directing respondents to transfer him to Nevada **(ECF No. 19) is GRANTED**.  Cabrera Mejia must be physically transferred to ICE custody at the Nevada Southern Detention Center in

---

[1] Acting Attorney General Todd Blanche is substituted for Pamela Bondi, and Secretary of Homeland Security Markwayne Mullin is substituted for Kristi Noem. Fed. R. Civ. P. 25(d).

Pahrump, Nevada, no later than May 30, 2026.  The respondents must file a notice of compliance by June 3, 2026

DATED this 27th day of May, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2